COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
 LUIS FERNANDO DORADO,
  
                             Appellant,
  
 v.
  
  
 THE STATE OF TEXAS,
  
                            
 Appellee.
 
 
 §
  
 §
  
 §
  
 §
  
 §
  
 § 
  
 
 
  
 No. 08-12-00124-CR
  
 Appeal from the
  
 Criminal
 District Court No. 1
  
 of El
 Paso County, Texas 
  
 (TC# 20110D04222) 
  
 
 


 

MEMORANDUM  OPINION

Pending before the
Court is Luis Fernando Dorado’s motion to dismiss this appeal pursuant to Rule
42.2(a) of the Texas Rules of Appellate Procedure.  As required by that rule, the withdrawal of
the notice of appeal is signed by Appellant. 
Further, the Clerk of this Court has forwarded a duplicate copy of the
written withdrawal to the clerk of the trial court.  Because Appellant has established compliance
with the requirements of Rule 42.2(a), we grant the motion and dismiss the
appeal.

 

May 16, 2012

                                                                                    CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.

 

(Do Not Publish)